GG Capital Investments, LLC
c/o Joel E. Grand
Grand & Grand PLLC
17251 W. 12 Mile Road, Suite 100
Southfield, MI 48076

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302