**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor

Case No. 26-52405
Chapter 7
Judge: Mark A. Randon

---

# MOTION FOR REVIEW OF NOVEMBER 12, 2026 PRO SE UPLOAD FAILURE AND DETERMINATION OF AVAILABLE RELIEF

Marc Cayce, the self-represented debtor, moves for an order preserving and reviewing available court records concerning his November 12, 2026 pro se upload attempt.

1. On November 12, 2026, I attempted to submit my Chapter 7 petition through this Court's Pro Se Electronic Document Upload Program. I could not complete that submission attempt. A court clerk I spoke with that day told me the portal was down.

2. On November 13, 2026, the pro se help desk confirmed that my Chapter 7 case was filed that day. The help desk also informed me that the Court had no record of receiving the petition on November 12. I understood November 12 to be the foreclosure redemption deadline for the home where I reside.

3. I ask the Court to direct the Clerk to preserve and review available portal logs and outage records for November 12 and report whether those records show a transmission attempt or receipt associated with my petition. I ask the Court to determine, after reviewing the evidence, whether any filing-related relief is available under applicable law, including Fed. R. Bankr. P. 9006(a)(3) to the extent it applies to a filing deadline at issue.

Dated: 11/16/2026 Signature: [signature]

Marc Cayce, Debtor, pro se
14932 Artesian Street
Detroit, MI 48223
424-346-2114

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor

Case No. 26-52405
Chapter 7

---

**EXHIBIT 1**

## PROPOSED ORDER ON DEBTOR'S MOTION REGARDING PRO SE UPLOAD FAILURE

On the Debtor's motion concerning the attempted pro se upload on November 12, 2026, IT IS ORDERED:

1. The Clerk shall preserve and review any reasonably available portal logs and outage records for November 12, 2026 relevant to the Debtor's attempted submission.

2. The Clerk shall report whether the available records show an outage, attempted transmission, or receipt associated with the Debtor's petition, including the date and time where available. The Clerk may report the results in summary form and omit confidential technical or third-party information.

3. The Court reserves any further ruling on filing-related relief pending review of the available record.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor

Case No. 26-52405
Chapter 7

---

**EXHIBIT 2**

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Marc Cayce has filed the accompanying Motion for Review of November 12, 2026 Pro Se Upload Failure and Determination of Available Relief. The motion requests preservation and review of portal records and a determination of any filing-related relief available.

You have 14 days after service of this notice to file an objection with the Clerk of the U.S. Bankruptcy Court for the Eastern District of Michigan in Case No. 26-52405, unless a different period applies by court order or applicable rule. The objection must comply with Fed. R. Civ. P. 8(b), (c), and (e). Serve a copy of the objection on the Debtor at the address below.

If no timely objection is filed, the Court may grant the motion without a hearing.

Dated: 11/16/2026 Signature: ______________________

Marc Cayce, Debtor, pro se
14932 Artesian Street
Detroit, MI 48223
424-346-2114

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor — Case No. 26-52405, Chapter 7

---

**EXHIBIT 4**

## CERTIFICATE OF SERVICE

I certify that I served the Motion for Review of November 12, 2026 Pro Se Upload Failure and Determination of Available Relief, the Notice of Motion and Opportunity to Object, and the accompanying exhibits on the persons listed below.

Verify the mailing addresses before service. Record the actual mailing date for each recipient. Strike any unused entry and attach a continuation page if needed.

1. K. Jin Lim, Chapter 7 Trustee
   176 S. Harvey St., Plymouth, MI 48170-1616
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

2. GG Capital Investments, LLC, foreclosure purchaser
   Attn: Managing Agent - 7071 Orchard Lake Rd., Ste. 250, West Bloomfield, MI 48322
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

3. Joel E. Grand, Grand & Grand PLLC, counsel for GG Capital Investments, LLC
   17251 W. 12 Mile Rd., Suite 100, Southfield, MI 48076
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

4. Office of the United States Trustee
   211 West Fort Street, Suite 700, Detroit, MI 48226
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

Dated: 11/16/2026 Signature: ____________________

Marc Cayce, Debtor, pro se
14932 Artesian Street
Detroit, MI 48223
424-346-2114

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor

Case No. 26-52405
Chapter 7

---

**EXHIBIT 5**

# DECLARATION OF MARC CAYCE REGARDING NOVEMBER 12 UPLOAD ATTEMPT

1. On November 12, 2026, I attempted to submit my individual Chapter 7 petition using this Court's Pro Se Electronic Document Upload Program. I could not complete the submission.

2. I personally spoke with a clerk of this Court on November 12, 2026. The clerk told me the pro se upload portal was down.

3. On November 13, 2026, the pro se help desk confirmed that my Chapter 7 case had been filed that day and assigned case number 26-52405. The help desk informed me that the Court had no record of receiving my petition on November 12.

4. I understood November 12, 2026 to be the deadline to redeem the Detroit home where I reside following the foreclosure sale.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: 11/16/2026 Signature: [signature]

Marc Cayce, Debtor, pro se
14932 Artesian Street
Detroit, MI 48223
424-346-2114

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor — Case No. 26-52405
Chapter 7

---

**EXHIBIT 6**

**NOVEMBER 13, 2026 PRO SE HELP DESK EMAIL**

MIEBdb_ProSe 9:05 AM
to me

Hi Marc,

I do see that a Chapter 7 bankruptcy was filed as of today, case number 26-52405. To view status of your case or obtain case related information, you can create a PACER account at https://pacer.uscourts.gov/.

A Motion is a document filed with the Court to ask that the Court take certain action in a case. The person filing the Motion must also file a Proposed Order, a Notice of Motion and Opportunity to Object, and a Certificate of Service. Examples of the required documents can be found through the links below. Sample motions can be found here: https://www.mieb.uscourts.gov/prose/motions.

Hope this helps. Let me know if you have additional questions.

Thanks,
Pro se help desk
313-234-0074