**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor

Case No. 26-52405
Chapter 7
Judge: Mark A. Randon

---

## MOTION TO SHORTEN RESPONSE TIME AND FOR EXPEDITED CONSIDERATION

Under Fed. R. Bankr. P. 9006(c)(1) and Local Bankruptcy Rule 9006-1(b), I request an order shortening the response time on my Motion for Review of November 12, 2026 Pro Se Upload Failure and Determination of Available Relief and scheduling consideration at the earliest practicable time, with notice as the Court directs.

1. I attempted to submit my Chapter 7 petition on November 12, 2026. A clerk told me the pro se upload portal was down that day. The help desk confirmed that the petition was filed November 13, 2026.

2. I understood November 12 to be the foreclosure redemption deadline for the home where I reside. Prompt consideration is requested because the filing timeline may affect issues concerning the property and because the motion seeks preservation and review of court portal records.

3. On November 16, 2026, I emailed Joel E. Grand requesting agreement to shortened response time and expedited consideration. As of the time of this motion, I have not received a response.

Dated: 11/16/2026 Signature: [signature]

Marc Cayce, Debtor, pro se
14932 Artesian Street
Detroit, MI 48223
424-346-2114

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor

Case No. 26-52405
Chapter 7

---

**PROPOSED ORDER**

## PROPOSED ORDER SHORTENING TIME

For cause shown, IT IS ORDERED:

1. The deadline to respond to the Debtor's Motion for Review of November 12, 2026 Pro Se Upload Failure and Determination of Available Relief is shortened to ______________________________.

2. The Court will consider the motion on _____________________________ at __________ Eastern time, by the following means: ______________________________.

3. The Debtor shall promptly notify opposing counsel of entry of this Order, serve the entered Order as required by Local Bankruptcy Rule 9006-1(b) and as otherwise directed by the Court, and file a certificate of service.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Marc Cayce, Debtor

Case No. 26-52405
Chapter 7

---

## CERTIFICATE OF SERVICE FOR REQUEST TO SHORTEN TIME

I certify that I served the Motion to Shorten Response Time and for Expedited Consideration and its proposed order on the persons listed below.

Verify the mailing addresses before service. Record the actual mailing date for each recipient. Strike any unused entry and attach a continuation page if needed.

1. K. Jin Lim, Chapter 7 Trustee
   176 S. Harvey St., Plymouth, MI 48170-1616
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

2. GG Capital Investments, LLC, foreclosure purchaser
   Attn: Managing Agent - 7071 Orchard Lake Rd., Ste. 250, West Bloomfield, MI 48322
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

3. Joel E. Grand, Grand & Grand PLLC, counsel for GG Capital Investments, LLC
   17251 W. 12 Mile Rd., Suite 100, Southfield, MI 48076
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

4. Office of the United States Trustee
   211 West Fort Street, Suite 700, Detroit, MI 48226
   USPS First-Class Mail, postage prepaid | Date mailed: 11/16/2026

Dated: 11/16/2026 Signature: Marc Cayce

Marc Cayce, Debtor, pro se
14932 Artesian Street
Detroit, MI 48223
424-346-2114